AO 91 (Rev. 08/09) Criminal Complaint

# FILED

## UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

JUN 21 2021

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 21-MJ-486-JFJ |
|  | ) | |
| JOHN JACOBS AHRENS | ) | |
| *Defendant(s)* | | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 10, 2021__ in the county of __Tulsa__ in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 871(a) | Threat Against the President |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Senior Special Agent Lantz Stuart, U.S.S.S.
*Printed name and title*

Sworn to before me by phone.

Date: 6-21-21

_____
*Judge's signature*

City and state: Tulsa, OK

Jodi F. Jayne, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT FOR COMPLAINT

I, Lantz Stuart, being duly sworn, depose and state that I am a Senior Special Agent with the United States Secret Service and have been so employed since September 2002. I am a graduate of the Federal Law Enforcement Training Center and the United States Secret Service Rowley Training Center in Beltsville, Maryland. Currently, I am assigned to the United States Secret Service Tulsa Resident Office and one of my primary responsibilities is the investigation of threats against the President and Vice President of the United States.

As a result of my training and experience as a Secret Service Special Agent, I am familiar with Federal criminal laws and know that it is a violation of Title 18, United States Code, Sections 871, for any person to knowingly and willfully make any threat against the President, President Elect, Vice President, or other officer next in the order of succession.

Further, your Affiant states as follows:

1. On 06/18/21, affiant received a call from the Secret Service, Dallas Field Office Duty Desk, requesting contact be made with OSBI regarding threats made against the President of the United States and to United States Congressmen. OSBI stated on 6/17/21, Nicholas Hale, Executive Producer of KOTV Channel 6 News, in Tulsa, Oklahoma called the FBI National Threat Operations Center to report threatening emails their station had received from John Ahrens. The threats in the emails were directed towards President of the United States, Joseph R. Biden and unnamed members of the United States Congress. Hale reported Ahrens had sent numerous emails to KOTV Channel 6 News and provided authorities with copies of emails dated between May, 2021, and June 2021. Listed below are the specific threats contained in Ahrens's emails:

- Email dated 5/10/21, 8:30AM: "Please go to my Facebook page and read what I sent to the men of the United States Congress. They have less than 48 hours to hand over my money or their children will start dying all over the country." "I'm going to kill their children using the same law as the Government used to force our families on to the Trail of Tears."

- Email dated 5/10/21, 11:31AM: "I tried to contact you earlier but the Feds shut me down they got a little up tight because I informed the men of the United States Congress if they didn't hand my money over in less than 48 hours. I will have their children killed. If that doesn't get the message across. Then I start on their women and if that doesn't work."

- Email dated 6/10/21, 10:28PM: "I just sent a ultimatum to the White House. They will hand the child molesting dog Joseph Biden over for Judicial Proceedings. Otherwise, America is going to get to see a sitting President get his head blown off right in front of them. Check your sources. A kill contract went out on one Joseph Biden, President of the United States of America. I'm the one that put it there and if he doesn't submit to the law. America is going to watch him die right in front of them." "All I can say is, they better hand him over or America watches him die."

- Email dated 6/17/21, 6:43PM: "This is to the men in the United States Congress. Well gentlemen, you were given every chance to square the deal with me and our people." "You have until Monday morning 8:00 am Sharp to hand a check over to the State of Oklahoma, the Muscogee Nation and my family in accordance with a signed agreement as set forth in the Treaty of 1866." At 8:01 am eastern time

"Your families will start dying. After that is over. I'm going to come back here one more time and tell you to hand over my money. When you don't, I'm going kill everyone of you and take those checks by force." "You killed our women and children. I kill your women and children. Nothing more nothing less. You have until 8:00 am Sharp Monday morning. Then the wheel turns. Only God will know where it ends."

2. On 06/18/21, affiant, agents from the FBI, OSBI and Task Force Officers of the FBI Joint Terrorism Task Force (JTTF) located John Jacobs Ahrens, DOB: xx/xx/1962, SSN: xxx-xx-9554, at his residence, 1346 South 73rd East Avenue, Tulsa, OK 74112. Ahrens agreed to be transported by FBI JTTF Task Force Officers to the Tulsa Police Detective Division, 600 Civic Center, Tulsa, OK, to be interviewed. Ahrens was Advised of his Miranda Rights per Secret Service Form 1737C, to which he acknowledged and waived by signing. During the interview, Ahrens was presented with copies of the aforementioned emails. Upon examining the aforementioned emails, Ahrens confessed to writing and sending the threatening emails to KOTV Channel 6 News.

3. All of these events took place within the Northern District of Oklahoma. Based upon the above information, I conclude that there is probable cause to believe that John Jacobs Ahrens committed a violation of Title 18, United States Code, Section 871 and shall so be brought forth to answer such charges.

FURTHER THE AFFIANT SAITH NOT.

_____
Lantz A. Stuart
Special Agent, United States Secret Service

Sworn to and subscribed before me by phone this 21st day of June, 2021.

_____
JODI F. JAYNE
United States Magistrate Judge