

**FILED**
JUL 07 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **21 CR 318 GKF** |
| Plaintiff, | INDICTMENT |
| v. | [COUNT ONE: 18 U.S.C. § 871(a) – Threat Against the President of the United States; |
| JOHN JACOB AHRENS, | COUNTS TWO and THREE: 18 U.S.C. § 875(c) – Interstate Communication with a Threat to Injure] |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. § 871(a)]

On or about June 10, 2021, the defendant, **JOHN JACOB AHRENS**, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, **AHRENS** threatened to kill the President of the United States.

All in violation of Title 18, United States Code, Section 871(a).

## COUNT TWO
## [18 U.S.C. § 875(c)]

On or about June 10, 2021, in the Northern District of Oklahoma, the defendant, **JOHN JACOB AHRENS**, knowingly and willfully did transmit in interstate commerce a communication containing a threat to and injure President Joseph R. Biden, specifically **AHRENS** generated an e-mail and sent it to KOTV Channel 6 News stating: "America is going to get to see a sitting President get his head blown off right in front of them. A kill contract went out on one Joseph Biden, President of the United States of America. America is going to watch him die right in front of them."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
## [18 U.S.C. §875(c)]

On or about May 10, 2021, in the Northern District of Oklahoma, the defendant, **JOHN JACOB AHRENS**, knowingly and willfully did transmit in interstate commerce a communication containing a threat to injure individuals related to members of the United States Congress, specifically **AHRENS** generated an e-mail and sent it to KOTV Channel 6 News stating: "I tried to contact you earlier but the Feds shut me down they got a little up tight because I informed the men of the United States Congress if they didn't hand my money over in less than 48 hours. I will have their children killed. If that doesn't get the message across. Then I start on their women and if that doesn't work."

All in violation of Title 18, United States Code, Section 875(c).

CLINTON J. JOHNSON  
Acting United States Attorney

A TRUE BILL

*/s/ Joel-Lyn A. McCormick*  
JOEL-LYN A. MCCORMICK  
Assistant United States Attorney

*/s/ Grand Jury Foreperson*  
Grand Jury Foreperson