UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America, | Plaintiff, | Case No.: 21-cr-00318-GKF-1 |
| vs. | | Date: 7/14/2021 |
| | | Court Time: 2:00 p.m. |
| John Jacobs Ahrens, | Defendant(s). | **MINUTE SHEET – ARRAIGNMENT** |

Susan E. Huntsman, U.S. Magistrate Judge     D. Gross, Deputy Clerk     Magistrate Courtroom 1

Counsel for Plaintiff: Joel-lyn Alicia McCormick | Thomas Buscemi for
Counsel for
Defendant: Jill Webb              , FPD

Interpreter: _____     ☐ sworn

Defendant appears in person for Arraignment on:  ☒ Indictment;   ☐ Information;   ☐ Complaint;
                                                 ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;

☒ Defendant acknowledges receipt of Indictment         Indictment:  ☐ Read;  ☒ Reading waived;
☒ Defendant advised of charge;

Defendant's name as reflected in the    Indictment    ;
    ☐ Verified in open court as the true and correct legal name
    ☒ Corrected by interlineation to  John Jacobs Ahrens
    to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.
    ☐ Unable to verify in open court as the true and correct legal name: ☐ U.S. Attorney; ☐ Deft's Att. to verify and advise court;

☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea        ☒ Schedule to be entered;

Defendant waives:   ☐ Indictment;   ☐ Detention Hearing;   ☐ Separate Representation   ☐ Waivers approved by Court;

☐ Arraignment continued to: _____ at _____

☐ Detention Hearing scheduled: _____ at _____

☐ Defendant allowed to stand on present bond;      ☐ Government stipulates, findings made

☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____
_____
_____
_____
_____