PROB 12B
(8/16)

# United States District Court for
## The Northern District of Oklahoma

**Request for Order Modifying the Conditions or Term of Supervision
With Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| **Name of Offender:** | John Jacobs Ahrens     **Case Number:**   21-CR-0318-001-GKF |
| **Name of Sentencing Judge:** | The Honorable Gregory K. Frizzell |
| **Date of Original Sentence:** | August 15, 2022 |
| **Original Offense:** | Count One: Threat Against the President of the United States, in violation of 18 U.S.C. § 871(a) |
| | Count Two: Interstate Communication with a Threat to Injure, in violation of 18 U.S.C. § 875(c) |
| | Count Three: Interstate Communication with a Threat to Injure, in violation of 18 U.S.C. § 875(c) |
| **Original Sentence:** | 30-months custody, 3-year term of supervised release, $300 Special Monetary Assessment |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commences:** | August 4, 2023 |
| **Date Supervision Expires:** | August 3, 2026 |

## PETITIONING THE COURT

☒  To modify the conditions of supervision as follows:

The defendant shall reside in a Residential Reentry Center (RRC) for a period of up to 180 days. While residing at the RRC, the defendant shall comply with all rules and procedures of the facility.

## CAUSE

Ahren is currently residing at Fort Worth Administrative Medical Center in Fort Worth, Texas and has no release plan; therefore, he will be homeless upon release on August 4, 2023. Ahrens has no family support and is unemployed. Ahrens hopes to save money to obtain his own residence while residing at the RRC.

Additionally, the probation officer believes that remaining in a structured environment and developing connections in the community would be beneficial to Ahren's reintegration into the community.

The defendant, after being advised of his right to assistance of counsel, agreed to said modification and executed a waiver of hearing and consent to modification of conditions as set forth herein.

Respectfully Submitted,

by *s/Tremell Jones*
Tremell Jones, Senior
United States Probation Officer
Date: July 31, 2023

Approved:

*s/Alton Walker*
Alton Walker, Supervising
United States Probation Officer

---

THE COURT ORDERS:

☐ No action.
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other: _____
_____
_____

_____           July 31, 2023
Gregory K. Frizzell                       Date: _____
United States District Judge

PROB 49
(8/16)

# United States District Court for
## The Northern District of Oklahoma

### Waiver of Hearing to Modify Conditions of Supervised Release

**Name:** John Jacobs Ahrens     **Case Number:** 21-CR-0318-001-GKF

| Type of Supervision: | Date Supervision Commences: | Date Supervision Expires: |
|---|---|---|
| Supervised Release | August 4, 2023 | August 3, 2026 |

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Supervised Release:

The defendant shall reside in a Residential Reentry Center (RRC) for a period of up to 180 days. While residing at the RRC, the defendant shall comply with all rules and procedures of the facility.

Witness _____          Signed _____
Tremell Jones                                             John Jacobs Ahrens
Senior United States Probation Officer                   Supervised Releasee

_____7/31/23_____
Date